## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-1748<br><br>Honorable Matthew F. Kennelly |
| **THIS DOCUMENT APPLIES TO:**<br>*CANNON V. ABBVIE INC. ET AL,*<br>*1:16-CV-1374* | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 and Case Management Order #20, Paragraph 7, Plaintiff Carl Cannon, by and through his undersigned counsel, hereby gives notice that he is voluntarily dismissing his claims against the above-named Defendants without prejudice to his right to refile said claims.

Dated March 22, 2016

                                                Respectfully Submitted,

                                                */s/ Trent B. Miracle*

                                                Trent B. Miracle
                                                Brendan A. Smith
                                                **SIMMONS HANLY CONROY**
                                                One Court Street
                                                Alton, IL 62002
                                                Telephone: (618) 259-2222
                                                Facsimile: (618) 259-2251
                                                tmiracle@simmonsfirm.com
                                                bsmith@simmonsfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 22, 2016, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically serve and send notice of the electronic filing to all registered attorneys of record.

                                                    */s/ Trent B. Miracle*